JULIA FITZGERALD, Respondent, *v.* CITY OF WATERTOWN, Appellant.

*Fitzgerald* v. *City of Watertown,* 93 App. Div. 604, affirmed.
(Argued April 27, 1905; decided May 30, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 15, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*F. B. Pitcher* and *John B. Muzzy* for appellant.

*Thomas Burns* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, VANN and WERNER, JJ.
Dissenting: CULLEN, Ch. J., GRAY and HAIGHT, JJ.

---

FRANK MCCLELLAN, Respondent, *v.* MARY GRANT et al., Appellants.

*McClellan* v. *Grant,* 83 App. Div. 599, affirmed.
(Argued April 28, 1905; decided May 30, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 15, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

*P. F. King* for appellants.

*George H. Frost* and *W. J. Hutchinson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.